CHARLES V. BOB and Another v. WILLIAM T. P. HOLLINGSWORTH.— Motion

denied and appeal dismissed, with ten dollars costs to the respondent. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.